IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| LUTHER HEATHCOAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:09-0084 |
| | ) | Judge Trauger |
| TENNESSEE DEPARTMENT OF | ) | Magistrate Judge Brown |
| CORRECTION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On April 8, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 40), to which no timely objection has been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants Correction Corporation of America, Cherry Lindamood, Jesse James and Lawrence Maples (Docket No. 19) is **GRANTED**, and all claims against these defendants are **DISMISSED**.

It is so **ORDERED**.

ENTER this 12th day of May 2010.

_____
ALETA A. TRAUGER
U.S. District Judge