IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| LUTHER HEATHCOAT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:09-0084 |
| | ) | Judge Trauger |
| TENNESSEE DEPARTMENT OF | ) | Magistrate Judge Brown |
| CORRECTION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On March 29, 2010, Danny Ray Meeks filed a Motion For Leave to Intervene As Plaintiff Pursuant to Rule 20, FED. R. CIV. P. (Docket No. 32) On April 22, 2010, Danny Ray Meeks filed a Motion to Withdraw the Motion to Intervene. (Docket No. 46) In the meantime, the Magistrate Judge issued a Report and Recommendation, recommending that the Motion For Leave to Intervene As Plaintiff be denied. (Docket No. 34) It is hereby **ORDERED** that Danny Ray Meeks' Motion to Withdraw His Motion For Leave to Intervene (Docket No. 46) is **GRANTED**. The Clerk shall **TERM** the Report and Recommendation (Docket No. 34) as **MOOT**.

It is so **ORDERED**.

ENTER this 12th day of May 2010.

_____
ALETA A. TRAUGER
U.S. District Judge