**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

LUTHER HEATHCOAT,                          )
                                            )
     Plaintiff,                             )
                                            )
v.                                          )     Civil No. 1:09-0084
                                            )     Judge Trauger
TENNESSEE DEPARTMENT OF                     )     Magistrate Judge Brown
CORRECTION, *et al.*,                       )
                                            )
     Defendants.                            )

**O R D E R**

On May 20, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 51), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants George Little and Tennessee Department of Correction (Docket No. 37) is **GRANTED**, and all claims against these two defendants are **DISMISSED WITH PREJUDICE**. The claims against all other defendants having previously been dismissed, it is hereby **ORDERED** that the Clerk shall **CLOSE** this file.

It is so **ORDERED**.

ENTER this 14th day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge